IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 99-881-TUC-RCC(HCE) |
| Plaintiff, | **ORDER** |
| vs. | |
| JERRY JOSE NUNEZ, | |
| Defendant. | |

The Court has reviewed the Magistrate Judge's Report and Recommendation in this case and finding that no objections have been filed,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#44).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Dismiss (#41).

**IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge Estrada for the setting of an evidentiary hearing on the Petition to Revoke Supervised Release.

DATED this 22nd day of August, 2008.

Raner C. Collins
United States District Judge

cc: HCE (copied)